JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DCOR, LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-8447-MWF(RAOx)<br><br>ORDER GRANTING STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT OF CALIFORNIA |

The Court, having read and considered the parties' Joint Stipulation to Remand Matter to the Superior Court of California, and for good cause shown, hereby **ORDERS** as follows:

1. This action is **REMANDED** to the Superior Court of California, County of Ventura; and
2. All deadlines, hearings and other dates in this matter are VACATED.

**IT IS SO ORDERED.**

Dated:  August 23, 2023

　　　　　　　　　　　　　　　　　　 _/s/ Michael W. Fitzgerald_
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge

-1-